MARIE JOHNSEN, Respondent, *v.* STATEN ISLAND HOSPITAL, INC., Appellant.

(Argued March 19, 1936; decided April 15, 1936.)

*Bertram G. Eadie, Thomas Nunley* and *John J. Kirwin* for appellant.

*Thomas Schleier, Seymour Kempner* and *Elias Bernstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.